

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2015

No. 04-14-00844-CV

**IN THE INTEREST OF N.R.V., A.M.A.F. AND I.I.F.**, Children,

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2013-3094-DC
The Honorable Cathy O. Morris, Judge Presiding

## O R D E R

This is an appeal from a parental termination order. The appeal is accelerated. Appellant has filed a second motion for extension of time to file her brief. In the motion, appellant asserts her brief was due in this court on January 12, 2015. This is incorrect. After we granted the original extension, appellant's brief is due February 2, 2015. Appellant is asking until February 21, 2015, to file her brief – an extension of nineteen days. We **GRANT** appellant's motion and **ORDER** appellant to file her brief on or before **February 23, 2015** (February 21, 2015 is a Saturday). We advise appellant that **NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court